| | |
|---|---|
| 1 | Michael A. Kushner (State Bar No. 335840) |
| 2 | mkushner@jonesday.com<br>Jones Day |
| 3 | 3161 Michelson Drive, Suite 800<br>Irvine, CA  92612.4408 |
| 4 | Telephone:  (949) 851-3939<br>Facsimile:   (949) 553-7539 |
| 5 | Attorneys for Defendant |
| 6 | EXPERIAN INFORMATION<br>SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MATTHEW SPEICHER,<br>　　　　　Plaintiff,<br>　　v.<br>EQUIFAX INFORMATION SERVICES, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and SYNCHRONY BANK,<br>　　　　　Defendants. | Case No. 2:22-cv-01438<br>[Removal of Ventura County Superior Court, Case No. 56-2021-00560335-CU-NP-VTA]<br>**EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441**<br>**[FEDERAL QUESTION JURISDICTION]** |

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian") hereby files a Notice of Removal for the above-captioned action to this Court:

In further support of this Notice of Removal, Experian states:

1. Experian is a named Defendant in Civil Action No. 56-2021-00560335-CU-NP-VTA filed by Plaintiff Matthew Speicher ("Plaintiff") in the Superior Court of California, County of Ventura (the "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the District Court for the State of California, County of Ventura, on

1  November 23, 2021.  Defendant Experian was served with the Complaint on
2  February 1, 2022.
3        3.    This Notice is being filed with this Court within thirty (30) days after
4  Experian received a copy of Plaintiffs' initial pleading setting forth the claims for
5  relief upon which Plaintiffs' action is based.  *See* 28 U.S.C. § 1446(b).
6        4.    The time period for filing a responsive pleading in the State Court
7  Action has not expired as of the filing of this Notice of Removal.
8        5.    This Court is the proper district court for removal because the State
9  Court Action is pending within this district.
10       6.    Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings,
11 record of electronic filings with the Court, and orders in the State Court Action are
12 individually attached hereto as Exhibit A.  To the best of Experian's knowledge, no
13 further proceedings, process, pleadings, orders, or other papers have been filed or
14 served in the State Court Action.
15       8.    Equifax Information Services LLC's ("Equifax") consent for removal
16 is attached hereto as Exhibit B.
17       9.    Trans Union LLC's ("Trans Union") consent for removal is attached
18 hereto as Exhibit C.
19       10.    Synchrony Bank's ("Synchrony") consent for removal is attached
20 hereto as Exhibit D.
21       11.    Experian is a corporation which, for monetary fees, regularly engages
22 in whole or in part in the practice of assembling consumer credit information or
23 other information on consumers for the purpose of furnishing consumer reports to
24 third parties.  Experian uses means or facilities of interstate commerce for the
25 purpose of preparing or furnishing consumer reports, and therefore is a "consumer
26 reporting agency" within the meaning of 15 U.S.C. § 1681a(f).
27       12.    The claims for relief alleged in the State Court Action arise under the
28 Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*.  Thus, this Court has original

subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.  The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

13. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiffs' attorney of record in the State Court Action, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

14. By filing this Notice of Removal, Experian does not waive any defense to the Complaint, including but not limited to lack of service, improper service, or lack of personal jurisdiction.

WHEREFORE, Experian notices the removal of this case to the United States District Court for the Central District of California pursuant to 28 U.S.C. §1441 *et seq*.

Dated:  March 3, 2022                    JONES DAY

By: */s/ Michael A. Kushner*
    Michael A. Kushner

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.