**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Matthew Speicher

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SPEICHER, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, INC.; TRANS UNION, LLC; and SYNCHRONY BANK, <br><br> Defendants. | Case No.: 2:22-cv-01438-PA-KS <br><br> **NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION, LLC** |

//
//
//
//
//

- 1 -
NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS:**

PLEASE TAKE NOTICE that Plaintiff Matthew Speicher ("Plaintiff") and Defendant Trans Union, LLC have agreed upon a settlement as to Plaintiff's claims against Defendant Trans Union, LLC. The parties anticipate that they will memorialize and execute their settlement agreement and will a dismissal of Plaintiff's claims against Defendant Trans Union, LLC will be forthcoming within forty-five (45) days from the date of this notice. Accordingly, Plaintiff respectfully requests that any deadlines as to Defendant Trans Union, LLC only be vacated in light of the parties' settlement. Plaintiff respectfully requests that the Court otherwise retain jurisdiction in the interim.

Dated: March 7, 2022                    Respectfully submitted,

                                                  **KAZEROUNI LAW GROUP, APC**

                                        By: *s/ Mona Amini*
                                                  David J. McGlothlin, Esq.
                                                  Mona Amini, Esq.
                                                  *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On March 7, 2022, I served the within document(s):

**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION, LLC**

☒   CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 7, 2022, at Costa Mesa, California.

        /s/ Mona Amini
        MONA AMINI, ESQ.