**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Matthew Speicher

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SPEICHER,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, INC.; TRANS UNION, LLC; and SYNCHRONY BANK,<br><br>Defendants. | Case No.: 2:22-cv-01438-PA-KS<br><br>**NOTICE OF SETTLEMENT** |

//
//
//
//
//

- 1 -
NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS:**

PLEASE TAKE NOTICE that Plaintiff Matthew Speicher ("Plaintiff") and Defendant Synchrony Bank ("Synchrony") have agreed upon a settlement as to Plaintiff's claims against Synchrony. The parties anticipate that they will memorialize and execute their settlement agreement and a dismissal of Plaintiff's claims against Defendant Trans Union, LLC will be forthcoming within forty-five (45) days from the date of this notice. Accordingly, Plaintiff respectfully requests that any remaining deadlines in this action vacated in light of the parties' settlement.[1] Plaintiff respectfully requests that the Court otherwise retain jurisdiction in the interim.

Dated: November 21, 2022             Respectfully submitted,

                                            **KAZEROUNI LAW GROUP, APC**

By: *s/ Mona Amini*
      David J. McGlothlin, Esq.
      Mona Amini, Esq.
      *Attorneys for Plaintiff*

---

[1] Orders dismissing Defendants Trans Union, LLC, Equifax Information Services, Inc., Experian Information Solutions, Inc. have already been entered in this action. See ECF Nos. 16, 32, 33.

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On November 21, 2022, I served the within document(s):

**NOTICE OF SETTLEMENT**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 21, 2022, at Costa Mesa, California.

/s/ Mona Amini
MONA AMINI, ESQ.