JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MATTHEW SPEICHER, | Case No.: 2:22-cv-01438-SPG-KS |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, INC.; TRANS UNION, LLC; and SYNCHRONY BANK, | |
| Defendants. | |

Having considered the Stipulation for Dismissal of this action filed by the parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and good cause appearing therefor, IT IS HEREBY ORDERED:

1. This entire action is dismissed with prejudice; and
2. Each of the Parties shall bear their own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: January 4, 2023    By: _____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE